IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL V. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV172 |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN INTERNATIONAL GROUP, Inc., SUNAMERICA CAPITAL SERVICES, Inc., and AIG SUNAMERICA, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | | |

IT IS ORDERED that attorney Kelly K. Brandon's motion to withdraw as counsel for Defendants American International Group, Inc., SunAmerica Capital Services, Inc., and AIG SunAmerica, (filing no. 21), is granted.

DATED this 27th day of July, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge